GASWELL SERVICE, INC., Appellant, *v.* SINCLAIR REFINING COMPANY, Respondent.

(Argued January 10, 1935; decided January 24, 1935.)

*Edward J. Connolly, James J. Manogue, Thomas P. Mackey* and *Thomas J. Kavanagh* for appellant.

*Joseph P. Walsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.